CGP/430582                                                                                          7020-130

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| JAMES BURGER | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) |
| | ) |
| VILLAGE OF OAK LAWN, and | ) |
| Oak Lawn Police Officers, | ) Case No. 08 C 1249 |
| G. VETTER, M. QUINN, O'NEILL, | ) |
| Individually, | ) Judge Der-Yeghiayan |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

### MOTION TO DISMISS COUNT IV OF PLAINTIFF'S COMPLAINT

Now Come, all Defendants, by and through counsel, and pursuant to Fed. R. Civ. P. 12(b)(6) move this court to dismiss Count IV and in support state as follows:

1. Plaintiff filed this five-count complaint on February 29, 2008. Plaintiff brought claims of unreasonable seizure and excessive force under 42 U.S.C. § 1983 arising out of a traffic stop that occurred on March 4, 2007 (Counts I, II, and III). Plaintiff also filed a state common law malicious prosecution claim against all of the officers and the Village under Count V. Defendants have answered those counts denying the material allegations.

2. Plaintiff also brought a claim he styled as a "due process violation" under 42 U.S.C. § 1983 under Count IV and appears to assert that Officer Vetter and Goetz "withheld" or "lied" about information presented in the criminal complaint and the police reports.

3. As more fully explained in the accompanying Memorandum, because Count IV

fails as a matter of law it must be dismissed. Plaintiff is asserting a *"Brady"* violation for lack of a fair trial under the Fourteenth Amendment under §1983. Problematic for Plaintiff is that he claims that the criminal proceedings were terminated in his favor, so a *Brady* violation cannot be maintained. And even if a *Brady* violation could be maintained in face of an alleged favorable termination, there was no information that was "withheld," because Plaintiff was there during the event, so he would have known what happened.

WHEREFORE, Defendants respectfully request that Count IV be dismissed with prejudice and for all other relief.

Respectfully submitted,

By: s/Craig G. Penrose

Craig G. Penrose
Attorney for all Defendants
Tressler, Soderstrom, Maloney & Priess
Sears Tower, 22nd Floor
233 South Wacker Drive
Chicago, Illinois 60606-6399
(312) 627-4000
(312) 627-1717 (Fax) E-mail: cpenrose@tsmp.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 15th, 2007, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Garret Browne
Ed Fox & Associates
300 West Adams
Suite 300
Chicago, Ill 60606
(312) 345-8877

gbrown@efox-law.com

Attorney for Plaintiff

                                                      s/Craig G. Penrose

                                                      Craig G. Penrose