# EXHIBIT 1

Case 1:08-cv-01249   Document 15-2   Filed 04/15/2008   Page 1 of 4

| 506 | 05 APRIL 07 1330 | IL0168000 | Room # 208 | Key: J |
|---|---|---|---|---|
| (Court Branch # or District #) | (Court Date / Time) | (Arresting Agency #) | | |

Misdemeanor Complaint    (This form replaces CCG-0655 & CCMC-0225)    CCCR N654-10M-6/09/04( )

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

The People of State of Illinois,

      Plaintiff

v.    No. _____

JIM M BURGER

      Defendant

OFC G. VETTER #225, complainant, now appears before
(Complainant's Name Printed or Typed)

the Circuit Court of Cook County and states the following:

That: JIM M BURGER of _____ (Address) has, on or about

04 MARCH 07, at the location of 103 RD AND LACROSSE Oak Lawn, Cook County, Illinois
(Date)    (Place of Offense)

committed the offense(s) of **BATTERY**

in that s/he intentionally made physical contact of an insulting nature with OFC G. VETTER, in that he STRUCK OFC G. VETTER IN HIS LEFT HAND AND WRIST WITH HIS LEFT LEFT HAND

in violation of 720 (Chapter) Illinois Compiled Statutes 5 (Act) / 12-3(a)(2) (Sub Section)

AOIC Code

(Complainant's Signature)

9446 RAYMOND AVE, OAK LAWN IL
(Complainant's Address)

708-422-8292
(Complainant's Telephone)

G. VETTER #225
(Complainant's Name Printed or Typed)

STATE OF ILLINOIS } ss:
COOK COUNTY

The complainant, being first duly sworn on oath, deposes and says that s/he read the foregoing complaint by him/her subscribed and that the same is true.

(Complainant's Signature)

Subscribed and sworn to before me on this 4 day of MARCH, 07

(Judge's/Clerk's/Law Enforcement Officer's Signature)    (Law Enforcement Officer's Badge No.)

I have examined the above complaint and the person presenting the same and have heard evidence thereon, and am satisfied that there is probable cause for filing same. Leave is given to file said complaint.

SUMMONS ISSUED, Judge _____ Judge's No. ____

or

WARRANT ISSUED, Bail set at: ____

or

BAIL SET AT: _____ Judge _____ Judge's No. ____

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

| 506 | 05 APR 07 / 1330 | IL0168000 | Room # 208 | Key: J |
|---|---|---|---|---|
| Court Branch # or District # | (Court Date / Time) | (Arresting Agency #) | | |

Misdemeanor Complaint   (This form replaces CCG-0655 & CCMC-0225)   CCCR N654-10M-6/09/04( )

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

The People of State of Illinois,
                                Plaintiff

v.                                                              No. _____

BURGER, JIM  M.
                                Defendant

OFC. GOETZ #313 , complainant, now appears before
(Complainant's Name Printed or Typed)

the Circuit Court of Cook County and states the following:

That: BURGER, JIM  M.    of 6606 WINDSOR AVE, BERWYN, IL, 60402 has, on or about
       (Defendant)                 (Address)

24 MAR 07 , at the location of 4800 W. 103 ST   Oak Lawn, Cook County, Illinois
(Date)                                         (Place of Offense)

committed the offense(s) of UNLAWFUL USE OF A WEAPON
in that s/he KNOWINGLY, POSSESSED WITH THE INTENT TO USE THE SAME UNLAWFULLY
AGAINST ANOTHER, A SEVEN INCH DAGGER.

in violation of   720   Illinois Compiled Statutes   5   /  24-1(a)(2)
                (Chapter)                          (Act)    (Sub Section)

AOIC Code

_____ #313
(Complainant's Signature)

9446 S. RAYMOND AVE, OAK LAWN, IL, 60453
(Complainant's Address)

(708) 422-8292
(Complainant's Telephone)

OFC. GOETZ #313
(Complainant's Name Printed or Typed)

STATE OF ILLINOIS } ss:
COOK COUNTY }

The complainant, being first duly sworn on oath, deposes and says that s/he read the foregoing complaint by him/her subscribed and that the same is true.

_____ #313
(Complainant's Signature)

Subscribed and sworn to before me on this  4  day of  MARCH , 07

Dorothy Brown                                _____
(Judge's/Clerk's/Law Enforcement Officer's Signature)   (Law Enforcement Officer's Badge No.)

I have examined the above complaint and the person presenting the same and have heard evidence thereon, and am satisfied that there is probable cause for filing same. Leave is given to file said complaint.

SUMMONS ISSUED,   Judge _____   Judge's No. _____
or
WARRANT ISSUED,   Bail set at: _____
or
BAIL SET AT: _____   Judge _____   Judge's No. _____

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Date 05 APR 07   Time 1330   Room 208   Court Key J

Form replaces CCCR 0657 and CCMD 0224)
Only For Class "C" Misdemeanors/Ordinance Violations          (Rev. 2/11/04) CCCR 0224

## INFORMATION AND DESCRIPTION OF DEFENDANT

Name: BURGER, JIM M.   Alias: ___
Address: 6606 WINDSOR AVE, BERWYN, IL, 60402
                City/Town        State        Zip

| Race | Weight | Height | D.O.B. | Age | Complexion | Build | Arrestee had been using Alcohol/Drugs |
|---|---|---|---|---|---|---|---|
| W | 220 | 508 | 12/17/57 | 49 | LT | MED | ☐ Yes  ☒ No |

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
OAK LAWN POLICE DEPARTMENT / 5TH DISTRICT

VILLAGE OF OAK LAWN
                                Plaintiff
                                                No. _____
        v.

BURGER, JIM M.
                                Defendant

OFC. GOETZ #313
(Complainant's Name Printed or Typed)       , complaint, now appears before

Circuit Court of Cook County and the states that BURGER, JIM M.,
                                                        (Defendant)
on or about 04 MAR 07, at location of 9500 S. CICERO AV, Oak Lawn, Cook County, Illinois,
            (Date)                    (Place of Offense)
committed the offense of OPERATING WITHOUT A BUSINESS LICENSE in that s/he
                                    (Offense)
KNOWINGLY OPERATED AS AN AUTO RELOCATOR FOR SUN TOWING WITHIN THE CORPORATE LIMITS OF THE VILLAGE OF OAK LAWN WITHOUT A BUSINESS LICENSE AFTER PRIOR NOTIFICATION TO OBTAIN SAID LICENSE WAS GIVEN

Violation of _____ ILCS _____ / _____ OR 3-1-1-3
                                                (Ordinance Citation)

STATE OF ILLINOIS } SS.
COOK COUNTY      }

                                [signature] #313
                                (Complainant's Signature)
                                9446 S. RAYMOND AV, OAK LAWN, IL, 60453
                                (Complainant's Address)    (City/State/Zip)
                                (708) 422-8292
                                (Complainant's Telephone)

AOIC CODE                       OFC. GOETZ #313
                                (Complainant's Name Printed or Typed)

The complainant, being first duly sworn on oath, deposes and says that s/he read the foregoing complaint by him/her subscribed and that same is true.
                                [signature] #313
                                (Complainant's Signature)

Subscribed and sworn to before me on this  4  day of  MARCH , 07
[signature]                                  [signature]
(Judge's/Clerk's/Law Enforcement Officer's Signature)   (Law Enforcement Officer's Badge No.)

I have examined the above complaint and the person presenting the same and have heard evidence thereon, and am satisfied that there is probable cause for filing same. Leave is given to file said complaint.

Summons Issued, Judge _____
    or                                                              Judge's No.
Warrant Issued, Bail set at: _____
    or
Bail set at _____          Judge _____
                                                                    Judge's No.

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS