CGP/430583                                                                                              7020-130

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| JAMES BURGER )<br>)<br>             Plaintiffs, )<br>)<br>vs. )<br>)<br>VILLAGE OF OAK LAWN, and )<br>Oak Lawn Police Officers, )<br>G. VETTER, M. QUINN, O'NEILL, )<br>Individually, )<br>)<br>             Defendants. )<br>)<br>) | Case No. 08 C 1249<br><br>Judge Der-Yeghiayan |

### NOTICE OF MOTION

TO:   See Attached Service List

      PLEASE TAKE NOTICE that on Tuesday the 29th of April 2008, at 9:00 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Samuel Der-Yeghiayan or any judge sitting in his stead, in the courtroom usually occupied by him in the United States Courthouse Room 1903, 219 South Dearborn, Chicago, Illinois and shall then and there present **DEFENDANTS' MOTION TO DISMISS COUNT IV OF THE COMPLAINT,** a copy of which is attached and hereby served upon you.

                                            Respectfully submitted


                                        By:  s/Craig G. Penrose
                                        One of Their Attorneys

Craig G. Penrose
Tressler, Soderstrom, Maloney & Priess LLP
233 South Wacker Drive
Sears Tower, 22nd Floor
Chicago, IL  60606
(312) 627-4000, 312 627-17178 (facsimile)

## CERTIFICATE OF SERVICE

The undersigned certifies that on April 15, 2008, a copy of the foregoing document was served upon the counsel of record listed by:

- Electronically filing via court ECF system:

| | |
|---|---|
| Garret Browne<br><br>Ed Fox & Associates<br>300 West Adams<br>Suite 300<br>Chicago, Ill 60606<br>(312) 345-8877<br><br>gbrown@efox-law.com<br><br>**Attorney for Plaintiff** | |

s/Craig G. Penrose<br>
Craig G. Penrose

Craig Penrose
Tressler, Soderstrom, Maloney & Priess, LLP
233 South Wacker Drive
Sears Tower, 22nd Floor
Chicago, Illinois 60606-6308
(312) 627-4000