IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **JIM BURGER** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08 C 1249 |
| | ) | |
| | ) | |
| vs. | ) | JUDGE DER-YEGHIAYAN |
| | ) | |
| VILLAGE OF OAK LAWN, and Oak Lawn | ) | |
| Police Officers G. Vetter, Star No. 225, | ) | |
| Ignatius Goetz, Star No. 313, Police Officer Quinn, | ) | |
| And Police Officer O'Neill, Star No. 269, Individually) | | |
| Defendants, | ) | |

**JOINT JURISDICTIONAL STATUS REPORT**

NOW COME the parties, by Garrett Browne attorney of record for the plaintiff, and Craig Penrose attorney of record for defendants, and for their Joint Jurisdictional Status Report state as follows:

I. <u>SUBJECT MATTER JURISDICTION</u>:   The Court has federal question jurisdiction over this matter.  Plaintiff's causes of action arise under 42 U.S.C. Section 1983, and thus the Court has jurisdiction under and by virtue of 28 U.S.C. Sections 1343 and 1331.

II. <u>VENUE (PLAINTIFF'S POSITION)</u>:  The proper venue for this litigation is in the U.S. District Court For The Northern District of Illinois, Eastern Division because all of the acts alleged in the complaint occurred in the Village of Oak Law, Illinois and Cook County, Illinois.  Moreover, plaintiff is informed and believes that all the parties reside in Cook County, Illinois.  The Village of Oak Lawn ,Illinois and Cook County, Illinois are located

1

within the Eastern Division of the Northern District of Illinois.  Moreover, in their Answer to the Complaint defendants admit that this court is the proper venue for this litigation.

| | |
|---|---|
| /s/Garrett Browne | s/Craig G Penrose. |
| ED FOX & ASSOCIATES | Attorney for Defendants |
| Attorneys for Plaintiff | Tressler, Soderstrom, Maloney & Priess |
| 300 West Adams | Sears Tower, 22nd Floor |
| Suite 330 | 233 South Wacker Drive |
| Chicago, Illinois 60606 | Chicago, Illinois 60606 |
| (312) 345-8877 | (312) 627-4000 |
| gbrowne@efox-law.com | cpenrose@tsmp.com |