# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| **JIM BURGER** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08 C 1249 |
| | ) | |
| | ) | |
| vs. | ) | JUDGE DER-YEGHIAYAN |
| | ) | |
| VILLAGE OF OAK LAWN, and Oak Lawn | ) | |
| Police Officers G. Vetter, Star No. 225, | ) | |
| Ignatius Goetz, Star No. 313, Police Officer Quinn, | ) | |
| And Police Officer O'Neill, Star No. 269, Individually) | | |
| Defendants, | ) | |

## NOTICE OF FILING

**TO:** Craig G Penrose, Tressler, Soderstrom, Maloney & Priess, Sears Tower, 22nd Floor, 233 South Wacker Drive, Chicago, Illinois 60606

**PLEASE TAKE NOTICE** that on April 25, 2008, the undersigned electronically filed with the Clerk of this Court, the **JOINT INITIAL STATUS REPORT and JOINT JURISDICTIONAL STATUS REPORT** service of which is being made upon you.

S/Garrett Browne
Garrett Browne

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2008, I filed and served the foregoing with the Clerk of the Court using the Cm/EMF system.

/s/Garrett Browne
ED FOX & ASSOCIATES
300 West Adams, Suite 330
Chicago, IL 60606
(312) 345-8877
gbrowne@efox-law.com