UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.1.3**
Eastern Division

Jim Burger
                              Plaintiff,

v.                              Case No.: 1:08−cv−01249
                                Honorable Samuel Der−Yeghiayan

Village of Oak Lawn, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 29, 2008:

MINUTE entry before Judge Honorable Samuel Der−Yeghiayan: The parties having consented to proceed before the Magistrate Judge, status hearing and noticed motion hearing date of 04/29/08 is stricken. Defendants Village of Oak Lawn, G. Vetter, Ignatius Goetz, Officer Quinn, and Officer O'Neill's motion to dismiss Count IV [14] is entered and continued before the designated Magistrate Judge. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.