**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Jim Burger
                            Plaintiff,

v.                                                       Case No.: 1:08−cv−01249
                                                             Honorable Susan E. Cox

Village of Oak Lawn, et al.
                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, May 5, 2008:

      MINUTE entry before the Honorable Susan E. Cox: Initial status hearing set for 5/22/08 at 9:30 a.m. in Courtroom 1342. The parties are directed to review The Order Setting Initial Status Report for Cases Assigned to Judge Cox available in chambers or through Judge Cox's web page at www.ilnd.uscourts.gov. The parties having filed a status report 4/25/08, a new status report is not required. Mailed notice(vkd, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.