UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.2.1**
Eastern Division

Jim Burger
                         Plaintiff,

v.                                                  Case No.: 1:08−cv−01249
                                                                 Honorable Susan E. Cox

Village of Oak Lawn, et al.
                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, June 3, 2008:

      MINUTE entry before the Honorable Susan E. Cox: Status hearing held. Plaintiff's counsel informed the Court of his intention to file a motion to voluntarily dismiss Count IV of the Complaint. The Court approves the Parties proposed discovery plan and enters the following schedule: Rule 26(a)(1) disclosures by 6/17/08. Fact discovery deadline 10/30/08. Expert discovery completion by 2/27/09. Plaintiff will provide defendants with any expert reports by 12/1/08. Defendants will provide plaintiff with any expert reports by 1/30/09. Dispositive motions must be filed by 12/1/08. Final pretrial order to be filed by 3/30/09. Status hearing set for 10/29/08 at 9:30 a.m. Mailed notice(vkd, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.