# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Susan E. Cox | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1249 | **DATE** | 6/17/2008 |
| **CASE TITLE** | Jim Burger vs. Village of Oak Lawn, et al | | |

**DOCKET ENTRY TEXT**

Enter Order. Plaintiff's Unopposed Motion to Voluntarily Dismiss Count IV of the Complaint is granted. Count IV of the Complaint is dismissed with prejudice.

■ [ For further detail see separate order(s).]     Docketing to mail notices.

| | Courtroom Deputy Initials: | VKD |
|---|---|---|