IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JIM BURGER | ) |
|     Plaintiff, | ) Case No. 08 C 1249 |
| vs. | ) JUDGE COX |
| VILLAGE OF OAK LAWN, and Oak Lawn Police Officers G. Vetter, Star No. 225, Ignatius Goetz, Star No. 313, Police Officer Quinn, And Police Officer O'Neill, Star No. 269, Individually<br>    Defendants, | ) |

ORDER
GRANTING PLAINTIFF'S MOTION TO
VOLUNTARILY DISMISS COUNT IV OF THE COMPLAINT

The Court has considered Plaintiff's Unopposed Motion to Voluntarily Dismiss Count IV of the Complaint, and hereby GRANTS said motion.

IT IS THEREFORE ORDERED that Count IV of the Complaint is hereby dismissed with prejudice.

DATED: 6-17-08

_____
Judge
United States District Court
Northern District of Illinois