# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Jim Burger

                        Plaintiff,

v.　　　　　　　　　　　　　　　　　Case No.: 1:08−cv−01249
　　　　　　　　　　　　　　　　　　Honorable Susan E. Cox

Village of Oak Lawn, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 25, 2008:

      MINUTE entry before the Honorable Susan E. Cox: Motion by Defendants Village of Oak Lawn, G. Vetter, Ignatius Goetz, Officer Quinn, Officer ONeill to dismiss Count IV [14] is terminated as moot. Mailed notice(vkd, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.